UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                              )
                              )
ASK SERVICE CORPORATION       )
          Plaintiff(s)        )
                              )         C 02-02898 VRW ARB
     -v-                      )
                              ) ORDER SETTING INITIAL CASE MANAGEMENT
COVERALL NORTH AMERICA        ) CONFERENCE
          Defendant(s)        )
_____)
```

    IT IS HEREBY ORDERED that this action is assigned to the Honorable Vaughn R. Walker.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California" and all other documents specified in Civil Local Rule 4-2.  Counsel must comply with the case schedule listed below unless the Court otherwise orders.

    IT IS FURTHER ORDERED that this action is assigned to the Arbitration program governed by ADR Local Rule 4.  Parties must add "ARB" to the end of the case number on future filings.

CASE SCHEDULE   [ARBITRATION]

| Date | Event | Governing Rule |
|---|---|---|
| 06/17/2002 | Notice of removal filed | |
| 09/26/2002 | Last day to meet and confer re initial disclosures, early settlement, and discovery plan | FRCivP 26(f) |
| 10/10/2002 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCivP 26(a)(1) Civil L.R.16-9 |
| 10/17/2002 | Case Management Conference in Ctrm 6, 17th Flr, SF at 3:30 PM | Civil L.R. 16-10 |