Charles G. Miller, State Bar No. 39272
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants
COVERALL NORTH AMERICA
and RICHARD GRUMMELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASK SERVICE CORPORATION, a Texas corporation; and JONATHAN KITTO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COVERALL NORTH AMERICA, a Delaware corporation; RICHARD GRUMMELL, an individual,<br><br>Defendants. | No. C 02 2898 VRW ARB<br><br>**NOTICE OF FILING BY PLAINTIFF ASK SERVICE CORPORATION OF VOLUNTARY PETITION IN CHAPTER 11 AND REQUEST TO STAY FURTHER PROCEEDINGS**<br><br>Hearing Date: September 12, 2002<br>Time: 2:00 p.m.<br>Judge: Vaughan R. Walker<br><br>***Document Filed via E-Filing*** |

TO THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on or about August 9, 2002, plaintiff ASK SERVICE CORPORATION filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Act in the United States Bankruptcy Court, Western District of Texas, San Antonio Division, Case No. 02-53413-RBK. Attached hereto is a copy of the first page of the Voluntary Petition filed with the Court. On August 16, 2002 the parties filed a Stipulation of Dismissal as to the claims of plaintiff JONATHAN KITTO, leaving only ASK SERVICE CORPORATION as a plaintiff. As a result of this dismissal and the issuance of an automatic stay on filing the bankruptcy petition, defendants request that their Motion for Order Dropping Fraudulently Joined

-1-

1  Non-Diverse Defendant as a Party and to Dismiss Complaint, currently set for hearing on
2  September 12, 2002, be taken off calendar and that all further proceedings in this matter be stayed.
3  DATED: August 30, 2002

Respectfully submitted,

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By: _____
Charles G. Miller
Attorneys for Defendants
COVERALL NORTH AMERICA
and RICHARD GRUMMELL

-2-

1936.000/265016.1   NOTICE OF FILING OF VOLUNTARY PETITION AND REQUEST TO TAKE MATTER OFF CALENDAR
Case No. C 02 2898 VRW ARB

(Official Form 1) (9/01)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**ASK SERVICE CORPORATION** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>fdba COVERALL OF SOUTH CENTRAL TEXAS; fdba COVERALL OF AUSTIN; fdba COVERALL OF LAREDO; fdba COVERALL OF SAN ANTONIO; fdba GREVT CLEANING SYSTEMS | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Social Security/Tax Identification No. (If more than one, state all).<br>74-2896596 | Social Security/Tax Identification No. (If more than one, state all). |
| Street Address of Debtor (No. and Street City, State and Zip Code):<br>10860 VANDALE<br>SAN ANTONIO, TX 78216 | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>BEXAR | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>10860 VANDALE<br>SAN ANTONIO, TX 78216 | Mailing Address of Joint Debtor (if different from street address) |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☐ Individual(s) ☐ Railroad<br>☒ Corporation ☐ Stockbroker<br>☐ Partnership ☐ Commodity Broker<br>☒ Other BUSINESS CLEANING SERVICE | ☐ Chapter 7 ☒ Chapter 11 ☐ Chapter 13<br>☐ Chapter 9 ☐ Chapter 12<br>☐ Section 304 - Case ancillary to foreign proceeding |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business ☒ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☒ Debtor is a small business as defined by 11 U.S.C. Sec. 101.
- ☐ Debtor is & elects to be considered a small business under 11 U.S.C § 1121(e) (Optional)

☐ Filing Fee to be paid in Installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3.

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Computer software provided by LegalPRO Systems, Inc. San Antonio, Texas (210) 561-5300 Copyright 1996-2002

**PROOF OF SERVICE BY MAIL**

I, Paul H. Brown, the undersigned, hereby certify and declare:

1. I am over the age of 18 years and am not a party to the within cause.

2. I am employed in the office of a member of the bar of this Court, at whose direction this service was made.

3. My business address is 900 Front Street, Suite 300, San Francisco, California 94111.

4. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail; and know that postage thereon is fully prepaid.

5. Following said practice, on September 3, 2002, I served a true copy of the attached document titled exactly *Notice of Filing by Plaintiff ASK Service Corporation of Voluntary Petition in Chapter 11 and Request to Stay Further Proceedings* by placing the same in an addressed, sealed envelope and depositing it in the regularly maintained interoffice mail addressed to the following:

> Adam C. Brown, Esq.
> O'Brien & Brown LLP
> 2339 Gold Meadow Way, Suite 230
> Gold River, CO 95670

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 3, 2002 at San Francisco, California.

_____
Paul H. Brown

1.