IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASK SERVICE CORPORATION, | No C 02-2898 VRW |
|     Plaintiff, | |
| | ORDER |
|     v | |
| COVERALL NORTH AMERICA, | |
|     Defendant. | |

On September 23, 2002, the court issued an order granting defendant's motion to dismiss defendant Richard Grummell. See Doc #20. In addition, the court ordered plaintiff to show cause why the court should not grant defendant's motion to stay proceedings, to which plaintiff, which had filed for bankruptcy protection, had not filed an opposition or statement of non-opposition. See id at 4. The court also invited further briefing from defendant on the issue whether and how defendant believed the automatic stay provision

/

of the bankruptcy code applied to plaintiff's prosecution of this action.  See id.

Plaintiff did not file a return to the court's September 23, 2002, order.  Defendant filed a supplemental memorandum acknowledging that the automatic stay provision of the bankruptcy code normally does not apply in a case in which the debtor is a plaintiff, but indicating that, because of plaintiff's bankruptcy, counsel for plaintiff no longer possessed the authority to enter a stipulation of dismissal that the parties had been on the verge of signing.  See Def Memo (Doc #21) at 2.  Defendant reiterated its request for a stay of proceedings until plaintiff could take the appropriate steps to authorize a stipulation of dismissal.  See id.

Accordingly, the court GRANTS defendant's unopposed motion for a stay of all further proceedings (Doc #18).  All proceedings in this matter shall be stayed and the file administratively closed until such time as plaintiff notifies the court that it is in a position either to proceed with the prosecution of this action or to stipulate to its dismissal.  Defendant's pending motions to dismiss (Docs ## 14, 15, 16, 17) are TERMINATED without prejudice to defendant's renewing them at an appropriate future date.

/
/
/
/
/
/

**2**

In sum, defendant's motion to stay proceedings (Doc #18) is GRANTED. Defendant's motions to dismiss (Docs ##14, 15, 16, 17) are TERMINATED. The clerk is directed administratively to close the file.

IT IS SO ORDERED

VAUGHN R WALKER
United States District Judge